UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN RAMSEY, | ) | Case No. 4:05 CV 1316 |
| | ) | |
| Plaintiff, | ) | Judge Peter C. Economus |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| MEYER-CHATFIELD CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |
| | ) | |

Pursuant to the oral stipulation of the parties the matter is dismissed pursuant to Fed. R. Civ. P. 41(a)(2) with prejudice and plaintiff is to pay the filing fee cost.  It is further stipulated that this dismissal is not to affect in any way the pending related litigation in Pennsylvania.

IT IS SO ORDERED.

                                                                 s/Peter C. Economus
                                                                 United States District Judge

Dated: January 5, 2006